BNE Clinton Med., P.C. v MVAIC (2022 NY Slip Op 50060(U))

[*1]

BNE Clinton Med., P.C. v MVAIC

2022 NY Slip Op 50060(U) [74 Misc 3d 128(A)]

Decided on January 28, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on January 28, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, WAVNY
TOUSSAINT, JJ

2020-471 K C

BNE Clinton Medical, P.C., as Assignee of
Gregory Diaz, Respondent, 
against
MVAIC, Appellant. 

Bruno, Gerbino, Soriano & Aitken, LLP (Susan B. Eisner of counsel), for appellant.
Kopelevich & Feldsherova, P.C. (David Landfair of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Sandra E.
Roper, J.), entered January 21, 2020. The order denied defendant's motion for summary judgment
dismissing the complaint.

ORDERED that the order is reversed, with $30 costs, and defendant's motion for summary
judgment dismissing the complaint is granted.
In this action by a provider to recover assigned first-party no-fault benefits, defendant Motor
Vehicle Accident Indemnification Corporation (sued herein as MVAIC) appeals from an order of
the Civil Court denying defendant's motion which had sought summary judgment dismissing the
complaint on the ground that plaintiff's assignor was not a "qualified" person.
For the reasons stated in BNE Clinton Med., P.C., as Assignee of Gregory Diaz v
MVAIC (___ Misc 3d ___, 2022 NY Slip Op _____ [appeal No. 2020-466 K C], decided
herewith), the order is reversed and defendant's motion for summary judgment dismissing the
complaint is granted.
ALIOTTA, P.J., WESTON and TOUSSAINT, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: January 28, 2022